IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

KEVIN ANTONIO RUFF,                    :
                                       :
            Petitioner,                :
                                       :
      VS.                              :
                                       :   CIVIL ACTION NO: 5:12-CV-208 (MTT)
UNITED STATES OF AMERICA,              :
                                       :
            Respondent.                :
_____:

## ORDER

Petitioner **KEVIN ANTONIO RUFF**, a federal inmate incarcerated at the Forrest City Low Federal Correctional Institution in Forrest City, Arkansas, filed a petition for writ of habeas corpus under 28 U.S.C. ▪ 2241.   (Doc. 1).   In an Order to Supplement dated July 13, 2012, the Court explained that it appeared Petitioner was still pursuing his administrative remedies with the Federal Bureau of Prisons and had not yet fully exhausted these administrative remedies.   (Doc. 5).   The Court ordered that Petitioner supplement his petition by providing additional information regarding exhaustion.   Petitioner was given fourteen days to respond and was specifically instructed that failure to respond would result in dismissal of his petition for writ of habeas corpus, but that such dismissal would be without prejudice to his rights to re-file.

Petitioner has not responded to the July 13, 2012 Order.   Therefore, Petitioner≠s 28 U.S.C. § 2241 petition is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 21st day of August, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

lnb